# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **PRISTINE SENIOR LIVING, LLC** | : | **CASE NO: 3:18-CV-00007** |
| **PLAINTIFF** | : | |
| **VS.** | : | |
| **LIBERTY NURSING CENTER OF FREMONT, INC., et al.** | : | **FINAL DISMISSAL ENTRY WITH PREJUDICE** |
| | : | |
| **DEFENDANT.** | : | |
| | : | |

_____

Upon agreement of counsel, and for good cause shown, all claims asserted, or capable of assertion by all parties herein, are hereby dismissed with prejudice. Costs to be paid by the Defendants.

IT IS SO ORDERED.

*s/Thomas M. Rose*
_____
JUDGE THOMAS ROSE

Approved by:

*/s/ Wayne E. Waite*
_____
Wayne E. Waite (0008352)
Waite, Tomb & Eberly
124 West Main Street
Troy, OH 45373
wwaite@helpinohio.com

*Approved by email on 11/7/18*
*/s/ Daniel Gibson*
_____
Daniel Gibson
Attorney at Law
100 South 3rd Street
Columbus, OH 43215
gibson@delkmcnally.com